## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Herbert Albert Ramos**  **BK NO. 18-03695 HWV**
**Sue Ramos fka Sue Kohler**
                    **Debtor(s)**           **Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of The Money Source Inc. and index same on the master mailing list.


      Respectfully submitted,


/s/ Rebecca Solarz

Rebecca Solarz
09 Mar 2021, 15:24:29, EST


      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

Document ID: 8e99b5888c3a8755701bae03676cec0150478a043f86487bdc4fdfe85895cf5d