**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re: Herbert Albert Ramos
     Sue Ramos

                                          Case No.: 1-18-03695HWV

                                                Chapter 13

     **Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Allied First Bank |
| Court Claim Number: | 07 |
| Last Four of Loan Number: | 1451 |
| Property Address if applicable: | 3610 S Salem Church Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $17,579.95 |
| b. | Prepetition arrearages paid by the trustee: | $17,579.95 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $17,579.95 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: September 26, 2023

                                            Respectfully submitted,

                                            /s/ Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee
                                            Suite A, 8125 Adams Drive
                                            Hummelstown, PA  17036
                                            Phone:  (717) 566-6097
                                            Fax:  (717) 566-8313
                                            email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Herbert Albert Ramos
    Sue Ramos

Case No.: 1-18-03695HWV

Chapter 13

**Debtor(s)**

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 26, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market St
York PA 17404

**Served by First Class Mail**
Allied First Bank, SB dba Servbank
3138 E Elwood St
Phoenix AZ 85034

Herbert Albert Ramos
Sue Ramos
3610 South Salem Church Rd
Dover PA 17315

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 26, 2023      /s/ Liz Joyce
    Office of the Standing Chapter 13 Trustee
    Jack N. Zaharopoulos
    Suite A, 8125 Adams Dr.
    Hummelstown, PA 17036
    Phone: (717) 566-6097
    email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-03695  **HERBERT ALBERT RAMOS**

**ALLIED FIRST BANK, SB D/B/A SERVBANK**
ATTN: CASHIERING
3138 E ELWOOD STREET
PHIENIX, AZ   85034-

Sequence: 24
Modify:
Filed Date: 11/8/2018 12:00:00AM
Hold Code:

Acct No: 1451/PRE ARREARS/3610 S S/

|  | Amt Sched: $162,913.00 | Debt: $17,579.95 | Interest Paid: $0.00 |
|---|---|---|---|
|  | Amt Due: $0.00 | Paid: $17,579.95 | Accrued Int: $0.00 |
|  |  |  | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **ALLIED FIRST BANK, SB D/B/A SERVBANK** | | | | | | | |
| 520-0 | ALLIED FIRST BANK, SB D/B/A SERV | | 09/19/2023 | 2028369 | $246.96 | $0.00 | $246.96 | |
| 520-0 | ALLIED FIRST BANK, SB D/B/A SER | | 08/09/2023 | 2027364 | $330.46 | $0.00 | $330.46 | 08/22/2023 |
| 520-0 | ALLIED FIRST BANK, SB D/B/A SER | | 07/11/2023 | 2026436 | $330.46 | $0.00 | $330.46 | 07/24/2023 |
| 520-0 | ALLIED FIRST BANK, SB D/B/A SER | | 06/13/2023 | 2025525 | $330.46 | $0.00 | $330.46 | 06/26/2023 |
| 520-0 | ALLIED FIRST BANK, SB D/B/A SER | | 05/16/2023 | 2024531 | $317.49 | $0.00 | $317.49 | 05/25/2023 |
| 520-0 | ALLIED FIRST BANK, SB D/B/A SER | | 04/18/2023 | 2023484 | $317.49 | $0.00 | $317.49 | 04/27/2023 |
| 520-0 | THE MONEY SOURCE, INC | | 03/15/2023 | 2023264 | $317.49 | $0.00 | $317.49 | 03/24/2023 |
| 520-0 | THE MONEY SOURCE, INC | | 02/15/2023 | 2022263 | $317.49 | $0.00 | $317.49 | 02/28/2023 |
| 520-0 | THE MONEY SOURCE, INC | | 01/18/2023 | 2021264 | $317.49 | $0.00 | $317.49 | 01/27/2023 |
| 520-0 | THE MONEY SOURCE, INC | | 12/13/2022 | 2020263 | $317.49 | $0.00 | $317.49 | 12/22/2022 |
| 520-0 | THE MONEY SOURCE, INC | | 11/16/2022 | 2019305 | $317.49 | $0.00 | $317.49 | 12/13/2022 |
| 520-0 | THE MONEY SOURCE, INC | | 10/18/2022 | 2018285 | $334.90 | $0.00 | $334.90 | 10/28/2022 |
| 520-0 | THE MONEY SOURCE, INC | | 09/13/2022 | 2017204 | $334.90 | $0.00 | $334.90 | 09/21/2022 |
| 520-0 | THE MONEY SOURCE, INC | | 08/17/2022 | 2016211 | $334.90 | $0.00 | $334.90 | 08/25/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | THE MONEY SOURCE, INC | | 07/13/2022 | 2015134 | $311.69 | $0.00 | $311.69 | 07/21/2022 |
| 520-0 | THE MONEY SOURCE, INC | | 06/14/2022 | 2014153 | $311.68 | $0.00 | $311.68 | 06/22/2022 |
| 520-0 | THE MONEY SOURCE, INC | | 05/17/2022 | 2013157 | $311.69 | $0.00 | $311.69 | 05/25/2022 |
| 520-0 | THE MONEY SOURCE, INC | | 04/12/2022 | 2012054 | $311.68 | $0.00 | $311.68 | 04/22/2022 |
| 520-0 | THE MONEY SOURCE, INC | | 03/16/2022 | 2011031 | $311.69 | $0.00 | $311.69 | 03/28/2022 |
| 520-0 | THE MONEY SOURCE, INC | | 02/16/2022 | 2010038 | $311.69 | $0.00 | $311.69 | 03/04/2022 |
| 520-0 | THE MONEY SOURCE, INC | | 01/19/2022 | 2009079 | $311.68 | $0.00 | $311.68 | 01/26/2022 |
| 520-0 | THE MONEY SOURCE, INC | | 12/15/2021 | 2008053 | $311.69 | $0.00 | $311.69 | 12/22/2021 |
| 520-0 | THE MONEY SOURCE, INC | | 11/16/2021 | 2007040 | $311.69 | $0.00 | $311.69 | 11/22/2021 |
| 520-0 | THE MONEY SOURCE, INC | | 10/14/2021 | 2006008 | $320.90 | $0.00 | $320.90 | 10/20/2021 |
| 520-0 | THE MONEY SOURCE, INC | | 09/14/2021 | 2004952 | $320.90 | $0.00 | $320.90 | 09/20/2021 |
| 520-0 | THE MONEY SOURCE, INC | | 08/18/2021 | 2003976 | $320.91 | $0.00 | $320.91 | 08/24/2021 |
| 520-0 | THE MONEY SOURCE, INC | | 07/14/2021 | 2002884 | $320.90 | $0.00 | $320.90 | 07/22/2021 |
| 520-0 | THE MONEY SOURCE, INC | | 06/16/2021 | 2001903 | $320.90 | $0.00 | $320.90 | 06/22/2021 |
| 520-0 | THE MONEY SOURCE, INC | | 05/18/2021 | 2000915 | $310.66 | $0.00 | $310.66 | 05/25/2021 |
| 520-0 | THE MONEY SOURCE, INC | | 04/15/2021 | 1229530 | $310.67 | $0.00 | $310.67 | 04/20/2021 |
| 520-0 | THE MONEY SOURCE, INC | | 03/17/2021 | 1228515 | $310.66 | $0.00 | $310.66 | 03/25/2021 |
| 520-0 | THE MONEY SOURCE, INC | | 02/17/2021 | 1227499 | $310.66 | $0.00 | $310.66 | 03/01/2021 |
| 520-0 | THE MONEY SOURCE, INC | | 01/19/2021 | 1226469 | $310.66 | $0.00 | $310.66 | 02/05/2021 |
| 520-0 | THE MONEY SOURCE, INC | | 12/10/2020 | 1224694 | $310.66 | $0.00 | $310.66 | 12/16/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | THE MONEY SOURCE, INC | | 11/03/2020 | 1223685 | $310.66 | $0.00 | $310.66 | 11/17/2020 |
| 520-0 | THE MONEY SOURCE, INC | | 09/17/2020 | 1221923 | $614.50 | $0.00 | $614.50 | 09/25/2020 |
| 520-0 | THE MONEY SOURCE, INC | | 08/12/2020 | 1220870 | $307.25 | $0.00 | $307.25 | 08/31/2020 |
| 520-0 | THE MONEY SOURCE, INC | | 07/07/2020 | 1219817 | $307.25 | $0.00 | $307.25 | 07/20/2020 |
| 520-0 | THE MONEY SOURCE, INC | | 06/02/2020 | 1218794 | $307.25 | $0.00 | $307.25 | 06/18/2020 |
| 520-0 | THE MONEY SOURCE, INC | | 05/06/2020 | 1217801 | $307.24 | $0.00 | $307.24 | 05/21/2020 |
| 520-0 | THE MONEY SOURCE, INC | | 04/14/2020 | 1216845 | $318.52 | $0.00 | $318.52 | 04/23/2020 |
| 520-0 | THE MONEY SOURCE, INC | | 03/12/2020 | 1215576 | $318.51 | $0.00 | $318.51 | 03/19/2020 |
| 520-0 | THE MONEY SOURCE, INC | | 02/13/2020 | 1214263 | $4,049.64 | $0.00 | $4,049.64 | 02/21/2020 |

                                        **Sub-totals:** $17,579.95    $0.00   $17,579.95

                                          **Grand Total:** $17,579.95    $0.00

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | THE MONEY SOURCE, INC | | 11/03/2020 | 1223685 | $310.66 | $0.00 | $310.66 | 11/17/2020 |