United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-03695-HWV |
| Herbert Albert Ramos | Chapter 13 |
| Sue Ramos | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Sep 25, 2023 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Herbert Albert Ramos, Sue Ramos, 3610 South Salem Church Rd, Dover, PA 17315-4317 |
| 5103546 | + | Executive Credit Manag, 4 Waterloo Rd, Stanhope NJ 07874-2653 |
| 5103554 | + | Regal Inc., 711 McKenzie Street, PO Box 586, York PA 17405-0586 |
| 5113596 | + | Wellspan Health, 1001 S George St, York, PA 17403-3676 |
| 5103559 | + | Yk Cr Bureau, 33 S Duke St, York PA 17401-1401 |
| 5103542 | + | York Adams Tax Claim Bureau, PO BOX 15627, York PA 17405-0156 |
| 5103560 | + | York Credit Bureau, 33 S. Duke Street, York PA 17401-1401 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BK@servicingdivision.com | Sep 25 2023 18:34:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Sep 25 2023 18:34:00 | The Money Source INC., 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| 5533058 | + | Email/Text: BK@servicingdivision.com | Sep 25 2023 18:34:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034, Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5533057 | + | Email/Text: BK@servicingdivision.com | Sep 25 2023 18:34:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 5103544 | | EDI: PENNDEPTREV | Sep 25 2023 22:35:00 | Department of Revenue, 1 Revenue Place, Harrisburg PA 17129-0001 |
| 5103544 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 25 2023 18:34:00 | Department of Revenue, 1 Revenue Place, Harrisburg PA 17129-0001 |
| 5103547 | + | EDI: CBS7AVE | Sep 25 2023 22:35:00 | Ginnys/Swiss Colony Inc, Po Box 2825, Monroe WI 53566-8025 |
| 5103543 | | EDI: IRS.COM | Sep 25 2023 22:35:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia PA 19101-7346 |
| 5103548 | | EDI: JEFFERSONCAP.COM | Sep 25 2023 22:35:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud MN 56303 |
| 5120802 | | EDI: JEFFERSONCAP.COM | Sep 25 2023 22:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5103550 | | EDI: JEFFERSONCAP.COM | Sep 25 2023 22:35:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud MN 56303 |
| 5103549 | | EDI: JEFFERSONCAP.COM | Sep 25 2023 22:35:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud MN 56302 |
| 5103552 | + | Email/Text: Bankruptcies@nragroup.com | Sep 25 2023 18:34:00 | National Recovery Agency, 2491 Paxton St, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Harrisburg PA 17111-1036 |
| 5103551 | + | Email/Text: Bankruptcies@nragroup.com | Sep 25 2023 18:34:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg PA 17106-7015 |
| 5103545 | | Email/Text: electronicbkydocs@nelnet.net | Sep 25 2023 18:34:00 | Nelnet, Attn: Claims, P O Box 82505, Lincoln NE 68501-2505 |
| 5103553 | | EDI: PRA.COM | Sep 25 2023 22:35:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk VA 23502 |
| 5122939 | | EDI: PRA.COM | Sep 25 2023 22:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5108768 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2023 18:34:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5103555 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2023 18:34:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth TX 76161-0244 |
| 5103556 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 25 2023 18:34:00 | Santander Consumer USA, Po Box 961245, Ft Worth TX 76161-0244 |
| 5129013 | + | Email/Text: BK@servicingdivision.com | Sep 25 2023 18:34:00 | THE MONEY SOURCE INC., 500 SOUTH BROAD ST., SUITE 100A, MERIDEN CT 06450-6755 |
| 5103558 | + | Email/Text: BK@servicingdivision.com | Sep 25 2023 18:34:00 | The Money Source, 500 S Broad St, Meriden CT 06450-6755 |
| 5103557 | + | Email/Text: BK@servicingdivision.com | Sep 25 2023 18:34:00 | The Money Source, Attn: Bankruptcy, 500 South Broad St, Ste 100a, Meriden CT 06450-6755 |
| 5130697 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 25 2023 18:34:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 5105508 | + | Email/Text: kcm@yatb.com | Sep 25 2023 18:33:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Money Source Inc., 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Sue Ramos dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Herbert Albert Ramos dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Thomas Song | on behalf of Creditor THE MONEY SOURCE  INC. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Herbert Albert Ramos<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8114<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Sue Ramos<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4042<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18-bk-03695-HWV | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Herbert Albert Ramos

Sue Ramos
fka Sue Kohler

9/25/23

**By the court:**

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2